UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE SECRETARY OF THE U.S. DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT, an
agency of the UNITED STATES OF AMERICA,

                                 Plaintiff,                          **ORDER ADOPTING R&R**
    -against-                                                  20-CV-5998 (DRH) (ARL)

CHRISTINE TOSCANO Individually and as Voluntary
Administratrix of the Estate of Frank Launi a/k/a
Frank P. Launi, deceased; JOSEPH TOSCANO
Individually and as Voluntary Administrator of the
Estate of Frank Launi a/k/a Frank P. Launi, deceased;
MARY MICHELS; NEW YORK STATE DEPARTMENT
OF TAXATION AND FINANCE; CLERK OF THE
SUFFOLK COUNTY TRAFFIC & PARKING
VIOLATIONS AGENCY; PEOPLE OF THE STATE
OF NEW YORK o/b/o Clerk of the Suffolk County
District Court; ANNETTE KRAUSS; CAPITAL ONE
BANK USA NA; "JOHN DOE #1-5" and "JANE DOE
#1-5", said names being fictitious, it being the
intention of plaintiff to designate any and all
occupants, tenants, persons or corporations, if any,
having or claiming an interest in or lien upon the
premises being foreclosed herein,

                                 Defendants.
----------------------------------------------------------------X

      Presently before the Court is the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated December 20, 2021, recommending that plaintiff's motion for default judgment be granted and plaintiff be awarded a judgment of foreclosure and sale against the defendants, under the supervision of a referee to be selected by Court, reflecting the following amounts to be awarded to HUD: the principal sum of $252,999.22, interest in the amount of $134,843.23, plus $24.25 per day in interest from March 17, 2021 to the date of the entry of the order, service charges in the

amount of $5,640, and a mortgage insurance premium in the amount of $27,941.22, for a total award before the per diem interest of $421,423.67. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the December 20, 2021 Report and Recommendation of Judge Lindsay as if set forth herein. The Court will this day enter a Judgment of Foreclosure and Sale consistent herewith.

Dated: Central Islip, New York      s/ Denis R. Hurley  
       January 11, 2022              Denis R. Hurley  
                                             United States District Judge